**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RETISH VIKASH SINGH,**<br>**Petitioner,**<br>**v.**<br><br>**J. JOHNSON, et al.,**<br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. EDCV 26-02359 AH (KS)**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections thereto. Having completed its review, the Court OVERRULES the Objections and accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition as to Petitioner's claim that his warrantless arrest violated the Immigration and Nationality Act and denying the Petition as to the remaining claims; and (2) a writ of habeas corpus shall issue such that Respondents are required to provide Petitioner with a bond hearing within five (5) days.

DATED: August 26, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE