**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RETISH VIKASH SINGH,**<br>**Peti,**<br>**v.**<br>**J. JOHNSON, et al.,**<br>**Respondents.** | **NO. EDCV 26-02359 AH (KS)**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED: August 26, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE